**Order entered August 18, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01131-CR

### RAY DON WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1875289-U**

## ORDER

Before the Court is attorney Valencia Bush's motion to withdraw as court-appointed counsel for appellant Ray Don Wilson. Based on the Court's opinion of this date, we **GRANT** the motion and **DIRECT** the Clerk to remove Valencia Bush as counsel for appellant. We **STRIKE** the brief filed by Valencia Bush in this case.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental clerk's record including the order

appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order. Once appointed, new appellate counsel shall investigate the record and file a brief addressing any and all grounds that might arguably support the appeal within **THIRTY** days of the date of the appointment.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; Valencia Bush; the Dallas County District Attorney's Office, Appellate Division; and appellant Ray Don Wilson, TDC # 02287884, Eastham Unit, 2665 Prison Road #1, Lovelady, Texas 75851.

We **DIRECT** the Clerk to remove this case from the submission docket.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when the order appointing new counsel is received or the Court deems it appropriate to do so.

/s/     ERIN A. NOWELL
        JUSTICE